UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BUSINESS & ESTATE ADVISERS, INC., et al., | Civil No. 07-141 (PJS/RLE) |
| Plaintiffs, | |
| v. | NOTICE OF HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER |
| JOHN W. LAWTON, et al., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that plaintiffs' motion for a temporary restraining order [Docket No. 2] will be heard at 4 p.m. on Thursday, January 18, 2007, in Courtroom 4 in St. Paul. Defendants' response brief must be served and filed with the Court no later than 5 p.m., Tuesday, January 16, 2007. Plaintiffs are hereby ORDERED to serve a copy of this notice on all defendants forthwith, and to file a certificate of such service with the Court.

Dated: January 11, 2007

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge

-1-