UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BUSINESS & ESTATE ADVISERS, INC., et al., | Civil No. 07-CV-141 (PJS/RLE) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| JOHN W. LAWTON, et al., | |
| Defendant. | |

---

Based upon the Notice of Dismissal filed by the plaintiffs on March 21, 2007 [Civil Docket 22],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: March 23, 2007                                s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz
                                                                 United States District Judge